UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1836
(1:19-cv-00917-RDA-LRV)

_____

B.R.

        Plaintiff - Appellant

v.

F.C.S.B.; S.T.; A.F.; P.A.H.; T.B.; B.H.; M.P.F.; M.C.; F.T.; J.F.; C.K.; J.O.;
MIKE AND MARY ROES 1-15

        Defendants - Appellees

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:19-cv-00917-RDA-LRV |
| Date notice of appeal filed in originating court: | 07/23/2025 |
| Appellant(s) | B.R. |
| Appellate Case Number | 25-1836 |
| Case Manager | Rachel Phillips 804-916-2702 |