UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1836
(1:19-cv-00917-RDA-LRV)

_____

B.R.

        Plaintiff - Appellant

v.

FAIRFAX COUNTY SCHOOL BOARD; S.T.; A.F.; P.A.H.; T.B.; B.H.; M.P.F.; M.C.; F.T.; J.F.; J.O.

        Defendants - Appellees

_____

O R D E R

_____

The court defers consideration of the motion to dismiss appellee J.O.

pending assignment of the case to a panel.

        For the Court--By Direction

        /s/ Nwamaka Anowi, Clerk