No. 25-1836

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

B.R.,

*Plaintiff-Appellant,*

v.

FAIRFAX COUNTY SCHOOL BOARD;
S.T.; A.F.; P.A.H.; T.B.; B.H.; M.P.F.; M.C.; F.T.; J.F.; J.O.,

*Defendants-Appellees.*

On Appeal from a Final Judgment of the
United States District Court for the Eastern District of Virginia
Case No 1:19-cv-00917-RDA-LRV, Hon. Rossie D. Alston

## MOTION TO WITHDRAW APPEARANCE OF ANDREW TUTT

Pursuant to Local Rule 46(c), Robert Reeves Anderson respectfully submits this motion to withdraw the appearance of Andrew Tutt as counsel for *Amici Curiae* Law Professors in the above-captioned mater.  Mr. Tutt's last day of employement with Arnold & Porter Kaye Scholer LLP was May 25, 2026. *Amici Curiae* Law Professors will continue to be represented by Robert Reeves Anderson of Arnold & Porter Kaye Scholer LLP.

1

Dated: May 27, 2026

Respectfully submitted,

/s/ *R. Reeves Anderson*

Robert Reeves Anderson
ARNOLD & PORTER KAYE SCHOLER LLP
1144 Fifteenth Street
Suite 3100
Denver, CO 80202-2848
Phone: (303) 863-1000
reeves.anderson@arnoldporter.com

*Counsel for Amici Curiae Law Professors*

**CERTIFICATE OF FILING AND SERVICE**

Pursuant to Local Rule 46(c), I hereby certify that on May 27, 2026, I caused the foregoing Motion to Withdraw Appearance of Andrew Tutt to be filed via ECF, and service was accomplished on all counsel of record by that means. I have also served the *Amici Curiae* Law Professors with the Motion to Withdraw Appearance of Andrew Tutt.

/s/ *R. Reeves Anderson*
Robert Reeves Anderson